DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 19-CR-655-1 HSG |
|---|---|---|
| | ) | NO. CR 19-CR-655-4 HSG |
| Plaintiff, | ) | NO. CR 19-CR-655-7 HSG |
| | ) | NO. CR 19-CR-655-11 HSG |
| v. | ) | NO. CR 19-CR-655-12 HSG |
| | ) | |
| EDUARDO GUZMAN TORRES, | ) | STIPULATION TO EXCLUDE TIME FROM |
|     a/k/a "Miguel" a/k/a "Mikey" a/k/a | ) | SEPTEMBER 28, 2020 TO OCTOBER 26, |
|     "Michael" a/k/a "Ramon Guzman- | ) | 2020 AND ORDER |
|     Jimenez" a/k/a "Fortino" a/k/a "Ramon | ) | |
|     Jimenez" a/k/a "Fabian Cisneros" a/k/a | ) | |
|     "Hernan Torres Garcia" a/k/a "Potes" | ) | |
|     a/k/a "Alex," | ) | |
| ALFREDO TAPIA SANDOVAL, | ) | |
|     a/k/a "Fredi Tapia-Sandoval" a/k/a | ) | |
|     "Fredi," | ) | |
| JUAN CARLOS GUZMAN, | ) | |
|     a/k/a "Jose Rosa-Perez," | ) | |
| ERICA LAGUNAS, and | ) | |
| TERESA GUZMAN-RODRIGUEZ, | ) | |
|     a/k/a "Mono" a/k/a "Monos," | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the above-named defendants, that time be excluded under the Speedy Trial Act from September 28, 2020, through October 26, 2020.

At the status conferences held on September 28, 2020 (Dkts. 119-121), the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and discovery that the government needed to produce. During the hearing, the government represented that while substantial discovery had been produced, additional discovery needed to be produced, including pole camera surveillance footage. The Court ordered the Government to file a status report regarding discovery within 48 hours and to turn over all currently-existing discovery before the next court date. Dkt. 119. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until October 26, 2020, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 28, 2020, through October 26, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 19, 2020  
/s/_____  
RYAN REZAEI  
Assistant United States Attorney

DATED: October 19, 2020  
/s/_____  
SHAFFY MOEEL  
Counsel for Defendant Eduardo Guzman Torres

DATED: October 19, 2020  
/s/_____  
ROBERT WAGGENER  
Counsel for Defendant Alfredo Tapia Sandoval

DATED: October 19, 2020  
/s/_____  
CHARLES WOODSON  
Counsel for Defendant Juan Carlos Guzman

DATED: October 19, 2020  
/s/_____  
JOHN JORDAN  
Counsel for Defendant Erica Lagunas

DATED: October 19, 2020  
/s/_____  
BRUCE FUNK  
Counsel for Defendant Teresa Guzman-Rodriguez

# ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 28, 2020, and for good cause shown, the Court finds that failing to exclude the time from September 28, 2020, through October 26, 2020, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 28, 2020, to October 26, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 28, 2020, through October 26, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/20/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge