MOEEL LAH FAKHOURY LLP

Shaffy Moeel (State Bar No. 238732)
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 500-9994
Email: shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO GUZMAN TORRES,<br><br>Defendant. | Case No. 19-CR-655-HSG<br><br>**STIPULATION AND ORDER FOR REVISED BRIEFING SCHEDULE ON MR. EDUARDO GUZMAN'S WIRETAP MOTIOIN** |

On February 26, 2021, at Mr. Guzman Torres' request, this Court set the following briefing schedule for the filing of a motion challenging the wiretap evidence in this case:

Mr. Guzman Torres' wiretap motion due:   June 7, 2021

Government's response due:   June 28, 2021

Mr. Guzman Torres' reply due:   July 12, 2021

The Court then set a hearing date for the motion to be heard on July 26, 2021 at 2:00 p.m.

-1-
**STIPULATION AND ORDER**

Although counsel for Mr. Guzman Torres has been diligently working on this case, the defense now requests and the government agrees, to continue the deadlines set in the briefing schedule as follows:

    Mr. Guzman Torres' wiretap motion due:    July 26, 2021

    Government's response due:    August 16, 2021

    Mr. Guzman Torres' reply due:    August 30, 2021

The parties request that the Court set a hearing date for this motion to be heard on September 13, 2021 or at any later date convenient for the Court.

Accordingly, it is hereby stipulated by and between counsel for Mr. Guzman Torres and the government that the briefing schedule shall be amended as described above.

IT IS SO STIPULATED.

DATED: June 3, 2021    MOEEL LAH FAKHOURY LLP

    /s/
    Shaffy Moeel
    Attorney for Mr. Guzman Torres

DATED: June 3, 2021    STEPHANIE HINDS

    ACTING UNITED STATES ATTORNEY

    /s/
    Molly Smolen
    Assistant United States Attorney

ORDER

Based upon the facts set forth in the Stipulation, and with the consent of the parties, IT IS HEREBY ORDERED that the briefing schedule for Mr. Guzman Torres' intended wiretap motion be amended as follows:

| | |
|---|---|
| Mr. Guzman Torres' wiretap motion due: | July 26, 2021 |
| Government's response due: | August 16, 2021 |
| Mr. Guzman Torres' reply due: | August 30, 2021 |

DATED: ___6/3/2021___

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge